DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
19 AUGUST 2014

| 094P14 | State v. Jeremiah Royster | Def's *Pro Se* Petition for *Writ of Mandamus* | Dismissed |
|---|---|---|---|
| 097A14 | Leslie Webb, Administratrix of the Estate of Robert B. Webb, III v. Wake Forest University Medical Center, University Dental Associations, North Carolina Baptist Hospital, Wake Forest University, Wake Forest University Physicians, Shilpa S. Buss, DDS, and Reena Patel, DDS | 1. Def's Motion to Dismiss Appeal<br><br>2. Def's Motion to Dismiss Appeal | 1. Allowed **06/14/2014**<br><br>2. Allowed **06/17/2014** |
| 099P14 | State v. William Roscoe Mills, Jr. | Def's PDR Under N.C.G.S. § 7A-31 (COA13-590) | Denied |
| 108P14 | Duke Energy Carolinas, LLC, v. Herbert A. Gray, Third-Party Plaintiff v. John Wieland Homes and Neighborhoods of the Carolinas, Inc., Third Party Defendant and Builder Support Services of the Carolinas, Inc. f/k/a John Wieland Homes and Neighborhoods of the Carolinas, Inc., Fourth-Party Plaintiff v. Yarbrough-Williams & Houle, Inc., Lucus-Forman, Inc., and Carter Land Surveyors & Planners, Inc., Fourth-Party Defendant's | 1. Plt's PDR Prior to a Determination of COA<br><br>2. Def's (Herbert A. Gray) and Fourth-Party Plt's Conditional PDR Prior to a Determination of COA<br><br>3. Plt's Motion to Amend Certificate of Service for PDR<br><br>4. N.C. Electric Membership Corporation and N.C. Association of Electric Cooperatives Motion for Leave to File Amicus Brief<br><br>5. Public Service Company of N.C. Inc. and Piedmont Natural Gas Company, Inc.'s Motion for Leave to File Amicus Brief | 1. Denied **08/15/2014**<br><br>2. Dismissed as Moot **08/15/2014**<br><br>3. Allowed **08/15/2014**<br><br>4. Dismissed as Moot **08/15/2014**<br><br>5. Dismissed as Moot **08/15/2014** |